IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ELLIS COLLINS,<br><br>    Petitioner,<br><br>v.<br><br>ALAMEDA COUNTY SUPERIOR COURT,<br><br>    Respondent. | No. C 12-2072 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

    Petitioner, a California prisoner proceeding pro se, filed this habeas action on April 25, 2012. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not respond to the deficiency notice within thirty days. No response has been received, and the filing fee has not been paid. Accordingly, this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b).

    The Clerk shall enter judgment and close the file.

    IT IS SO ORDERED.

DATED: June 11, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ELLIS COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLE OF ALAMEDA COUNTY et al,<br><br>    Defendant. | Case Number: CV12-02072 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael E. Collins
F93465
P.O. Box 29000066
Represa, CA 95671

Dated: June 11, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk